IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00747-WYD-CBS

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

NANCY BUCHNER,

    Plaintiff - Intervenor,

v.

PETCO ANIMAL SUPPLIES, INC., a Delaware corporation;
PETCO ANIMAL SUPPLIES STORES, INC., a Delaware corporation;
PETCO whose true name is unknown; and
DOES 1-5,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Amend Complaint *(doc. # 30)* is GRANTED. Plaintiff's First Amended Complaint and Jury Demand *(doc no. 30-2)*, tendered to the court on July 23, 2009, is accepted for filing as of the date of this order.

**DATED:**    July 24, 2009