IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00747-WYD-CBS

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

NANCY BUCHNER,

Plaintiff - Intervenor,

v.

PETCO ANIMAL SUPPLIES, INC., a Delaware corporation,

Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that Plaintiff-Intervenor's Unopposed Motion to Amended [sic] Complaint In Intervention *(doc. # 55)* is GRANTED. Plaintiff-Intervenor's Amended Complaint in Intervention *(doc no. 55-2)*, tendered to the court on March 11, 2009, is accepted for filing as of the date of this order.

**DATED:** March 12, 2010