IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 09-cv-00747-WYD-CBS

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

NANCY BUCHNER,

    Plaintiff-Intervenor,

v.

PETCO ANIMAL SUPPLIES STORES, INC., a Delaware corporation,

    Defendant.

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

Before this Court is the parties' Joint Motion to Amend Scheduling Order (doc. no. 63). IT IS HEREBY ORDERED that the Motion is GRANTED and that certain pretrial deadlines are extended by 30 days. Therefore, it is

ORDERED that the discovery deadline is extended to July 8, 2010, the dispositive motion deadline is extended to July 29, 2010; however, the final pretrial conference shall remain set for August 30, 2010, at 8:00 a.m. It is

FURTHER ORDERED that parties shall file dismissal paperwork on or before June 30, 2010.

DATED at Denver, Colorado, this 8th day of June 2010June, 2010.

                                        BY THE COURT:

                                        *s/Craig B. Shaffer*
                                        Craig B. Shaffer
                                        United States Magistrate Judge